

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2021

No. 04-21-00386-CV

Greg **ABBOTT**, in his official capacity as Governor of Texas,
Appellant

v.

**CITY OF LAREDO** and United Independent School District,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVK-001517-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Sitting:  Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellees, City of Laredo and United Independent School District, have filed an emergency motion asking this court to exercise its authority under Texas Rule of Appellate Procedure 29.3 to maintain the trial court's temporary injunction in effect pending the disposition of this accelerated interlocutory appeal.

We grant the motion and reinstate the trial court's September 8, 2021 Temporary Injunction Order pending final disposition of this appeal.

It is so **ORDERED** on September 23, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court